**IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BRIAN AIELLO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.08cv130 (EGS) |
| | ) |
| NOVARTIS PHARMACEUTICALS CORP. | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF FILING**

PLEASE TAKE NOTICE of the filing of plaintiff's return of service to Novartis Pharmaceuticals Corp.

Respectfully submitted,

 /s/ Lisa Alexis Jones
Lisa Alexis Jones, Esq.
Lisa Alexis Jones, PLLC
Unified Bar Number 421002
1200 G Street, N.W.
Suite 800
Washington, D.C. 20005
(202) 434-4507
(202) 434-8707 (Fax)
orbitcv@erols.com

*Counsel for Plaintiff*

Dated: May 21, 2008

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

BRIAN AIELLO, Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

NOVARTIS PHARMACEUTICALS CORPORATION, Defendant

Case: 1:08-cv-00130
Assigned To : Sullivan, Emmet G.
Assign. Date : 1/23/2008
Description: Employ Discrim.

TO: (Name and address of Defendant)

NOVARTIS PHARMACEUTICALS CORPORATION
ONE HEALTH PLAZA
EAST HANOVER, N.J. 07936

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LISA ALEXIS JONES, ESQ.
LISA ALEXIS JONES, PLLC.
1200 G Street, N.W.
Suite 800
Washington, D.C. 20005
(202) 434-4507
(202) 434-8707 Fax
orbitcv@erols.com

an answer to the complaint which is served on you with this summons, within ___TWENTY (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    JAN 2 3 2008

CLERK                                       DATE

_(signature)_
(By) DEPUTY CLERK

AO-440 (Rev. 7/98 DC) Summons in a Civil Action (Return of Service)

Brian Aiello
              vs.                                              Case No.  08 CV 130 (EGS)
Novartis Pharmaceuticals Corp.

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and Complaint was made by me¹ || DATE: ~~5/22/08~~ 5/9/08 |
| NAME OF SERVER (print) Lisa Alexis Jones || TITLE Counsel for Plaintiff |
| Check one box below to indicate appropriate method of service |||
| ☐ Served personally upon the defendant. Place where served: _____ |||
| ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left: _____ |||
| ☐ Returned unexecuted: _____ |||
| ☑ Other (specify): Mailing Certified Return Receipt to defendant's registered Agents in the States of Delaware and New Jersey. |||

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/21/08
                  Date                    Signature of Server

1200 G Street NW Suite 800
Address of Server
Wash. DC 20005

---

¹ As to who may serve a summons, see Rule 4 of the Federal Rules of Civil Procedure.

## Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Novartis Pharmaceuticals
    c/o Corporation Service Corp.
    830 Bear Tavern Rd
    West Trenton, NJ
    08628

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery: 5/13

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from): 7007 0710 0001 3441 2771

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

## Receipt 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

    Novartis Pharmaceutical Corp
    c/o Corporation Service Co.
    2711 Centerville Road, St 400
    Wilmington, DE 19808

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Laura Cooper_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery

[Postmark: WILMINGTON DE, MAY 2008]

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

Article Number (Transfer from): 7007 3020 0000 4673 4102

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540