AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

BRIAN AIELLO,

      Plaintiff(s)   )   **APPEARANCE**

vs.   )   CASE NUMBER   1:08-CV-00130-EGS

NOVARTIS PHARMACEUTICALS CORP.,)

      Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of   David M. Hernandez   as counsel in this
(Attorney's Name)

case for: Novartis Pharmaceuticals Corporation
(Name of party or parties)

5/27/08
Date

_[Signature]_
Signature

David M. Hernandez
Print Name

473952
BAR IDENTIFICATION

875 15th Street NW, Suite 725
Address

Washington, DC 20005
City        State        Zip Code

212-312-3320
Phone Number