IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIAN AIELLO,<br><br>       Plaintiff,<br><br>v.<br><br>NOVARTIS PHARMACEUTICALS CORP.,<br><br>       Defendant. | Civil Action No. 08 CV 00130 (EGS) |

### CERTIFICATE UNDER LCvR7.1

I, the undersigned, counsel of record for Defendant Novartis Pharmaceuticals Corporation ("NPC"), certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of NPC which have any outstanding securities in the hands of the public: Novartis AG.

These representations are made in order that judges of this Court may determine the need for recusal.

                                            Respectfully submitted,

                                            NOVARTIS PHARMACEUTICALS
                                            CORPORATION

                                            By: s/ David M. Hernandez
                                                 David M. Hernandez
                                                 D.C. Bar Number 473952
                                                 Vedder Price P.C.
                                                 875 15th Street N.W., Suite 725
                                                 Washington, D.C. 20005
                                                 Telephone: 212-312-3320
                                                 Facsimile: 212-312-3322

                                            Dated: May 27, 2008

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 27th day of May, 2008, a copy of the foregoing CERTIFICATE UNDER LCvR7.1 was served by depositing the same in the U.S. Mail, with first-class postage affixed, as follows:

> Lisa Alexis Jones
> Lisa Alexis Jones, PLLC
> 1200 G Street, N.W.
> Suite 800
> Washington, D.C. 20005

                                                s/ David M. Hernandez
                                                An Attorney for Defendant