IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIAN AIELLO<br>15316 Jordans Journey Drive<br>Centreville, Virginia 20120,<br><br>    Plaintiff,<br><br>v.<br><br>NOVARTIS PHARMACEUTICALS CORP.<br>One Health Plaza<br>East Hanover, New Jersey 07936,<br><br>    Defendant. | Civil Action No. 08 CV 00130 (EGS) |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.2(d), Defendant Novartis Pharmaceuticals Corporation ("NPC), by and through its counsel, respectfully moves this Court for the admission *pro hac vice* of Thomas M. Wilde of the law firm of Vedder Price P.C., 222 North LaSalle Street, Chicago, Illinois, 60601, as co-counsel in this proceeding. In support, NPC states that this Motion is signed by a sponsoring member in good standing of the Bar of this Court and is accompanied by a declaration by Mr. Wilde regarding his qualifications for *pro hac vice* admission.

WHEREFORE, NPC respectfully seeks an Order granting Thomas M. Wilde permission to appear *pro hac vice* as an attorney for Defendant in this litigation.

Respectfully submitted,

NOVARTIS PHARMACEUTICALS
CORPORATION

By: s/ David M. Hernandez
    David M. Hernandez
    D.C. Bar Number 473952
    Vedder Price P.C.
    875 15th Street N.W., Suite 725
    Washington, D.C. 20005
    Telephone: 212-312-3320
    Facsimile: 212-312-3322

Dated: May 30, 2008

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 30th day of May, 2008, a copy of the foregoing MOTION FOR ADMISSION *PRO HAC VICE* was served by depositing the same in the U.S. Mail, with first-class postage affixed, as follows:

>Lisa Alexis Jones
>Lisa Alexis Jones, PLLC
>1200 G Street, N.W.
>Suite 800
>Washington, D.C. 20005

s/ David M. Hernandez<br>Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIAN AIELLO,<br><br>    Plaintiff,<br><br>v.<br><br>NOVARTIS PHARMACEUTICALS CORP.,<br><br>    Defendant. | Civil Action No. 08 CV 00130 (EGS) |

### DECLARATION OF THOMAS M. WILDE

1.  My name is Thomas M. Wilde. I am over 18 years of age and I have personal knowledge of the facts set forth in this Declaration.

2.  I am a shareholder at Vedder Price P.C., 222 N. LaSalle St., Suite 2600, Chicago, Illinois, 60601.

3.  I am admitted to the following bars: Illinois Supreme Court and Massachusetts Supreme Court; the United States Appellate Courts for the Sixth and Seventh Circuits; and the United States District Courts for the Northern, Central and Southern Districts of Illinois, the Northern District of Indiana and the Eastern District of Wisconsin.

4.  I have not been disciplined by any bar.

5.  I have not been admitted *pro hac vice* in this Court within the last two years.

6.  I do not practice in the District of Columbia, I am not a member of the District of Columbia bar and I do not have a pending application for membership.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 29, 2008.

                      /s/ Thomas M. Wilde
                      Thomas M. Wilde