IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIAN AIELLO<br>15316 Jordans Journey Drive<br>Centreville, Virginia 20120,<br><br>    Plaintiff,<br><br>v.<br><br>NOVARTIS PHARMACEUTICALS CORP.<br>One Health Plaza<br>East Hanover, New Jersey 07936,<br><br>    Defendant. | Civil Action No. 08 CV 00130 (EGS) |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.2(d), Defendant Novartis Pharmaceuticals Corporation ("NPC), by and through its counsel, respectfully moves this Court for the admission *pro hac vice* of Sara J. Kagay of the law firm of Vedder Price P.C., 222 North LaSalle Street, Chicago, Illinois, 60601, as co-counsel in this proceeding. In support, NPC states that this Motion is signed by a sponsoring member in good standing of the Bar of this Court and is accompanied by a declaration by Ms. Kagay regarding her qualifications for *pro hac vice* admission.

WHEREFORE, NPC respectfully seeks an Order granting Sara J. Kagay permission to appear *pro hac vice* as an attorney for Defendant in this litigation.

                                          Respectfully submitted,

                                          NOVARTIS PHARMACEUTICALS CORPORATION

                                          By: s/ David M. Hernandez
                                                David M. Hernandez
                                                D.C. Bar Number 473952
                                                Vedder Price P.C.
                                                875 15th Street N.W., Suite 725
                                                Washington, D.C.  20005
                                                Telephone:  212-312-3320
                                                Facsimile:  212-312-3322

                                                Dated:  May 30, 2008

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 30th day of May, 2008, a copy of the foregoing MOTION FOR ADMISSION *PRO HAC VICE* was served by depositing the same in the U.S. Mail, with first-class postage affixed, as follows:

>Lisa Alexis Jones
>Lisa Alexis Jones, PLLC
>1200 G Street, N.W.
>Suite 800
>Washington, D.C. 20005

                                                   s/ David M. Hernandez
                                                  Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRIAN AIELLO,

        Plaintiff,

v.

NOVARTIS PHARMACEUTICALS CORP.,

        Defendant.

Civil Action No. 08 CV 00130 (EGS)

## DECLARATION OF SARA J. KAGAY

1. My name is Sara J. Kagay. I am over 18 years of age and I have personal knowledge of the facts set forth in this Declaration.

2. I am an associate attorney at Vedder Price P.C., 222 N. LaSalle St., Suite 2600, Chicago, Illinois, 60601.

3. I am admitted to the following bars: Illinois Supreme Court, Missouri Supreme Court and Kansas Supreme Court; the United States Appellate Courts for the Seventh, Eighth and Eleventh Circuits; and the United States District Courts for the Northern and Central Districts of Illinois, Eastern and Western Districts of Missouri, District of Kansas and the Northern and Southern Districts of Indiana.

4. I have not been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I do not practice in the District of Columbia, I am not a member of the District of Columbia bar and I do not have a pending application for membership.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 29, 2008.

Sara J. Kagay